Rollin A. Eib, Appellant, v. John H. Gately, Appellee.
Gen. No. 42,359.

opinion filed December 30, 1942. Rothbart & Rosenfield, for appellant; no appearance for appellee. Opinion by PRESIDING JUSTICE SULLIVAN. "Not to be published in full."

Avery Brundage Company, Appellee, v. Grand Lodge of the Independent Order of Vikings, Appellant.

Gen. No. 42,084.

opinion filed December 30, 1942; rehearing denied January 20, 1943. John A. Linden and Michael J. Creighton, for appellant; McNab, Holmes & Long, for appellee; Allan W. Cook and Wallace B. Kemp, of counsel. Opinion by JUSTICE FRIEND. "Not to be published in full."